UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E MAN ELECTRIC, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RAPID TAX SOLUTIONS, LLC, et al.,<br><br>Defendants. | Case No. 1:24-cv-00099-JLT-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT ANTONIO YALDO<br><br>(ECF No. 16) |

On June 7, 2024, Plaintiff E Man Electric, Inc. filed a notice of voluntary dismissal with prejudice of only Defendant Antonio Yaldo. (ECF No. 16). No Defendant has filed either an answer or a motion for summary judgment. Accordingly, in light of the notice, the case against Defendant Antonio Yaldo has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed terminate only Antonio Yaldo as a defendant from the docket.

IT IS SO ORDERED.

Dated:   **June 10, 2024**              /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28